**PG | PERRY GUHA LLP**

SAMIDH GUHA
PHONE 212.399.8350
EMAIL sguha@perryguha.com

December 19, 2019

**Via ECF**

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.

12-20-19

The Honorable P. Kevin Castel
District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:   *Gupta v. New Silk Route Advisors, L.P., et al.*,
           19-cv-09284-PKC

Dear Judge Castel:

    In accordance with Your Honor's Individual Practices, the Defendants in the above-captioned matter respectfully request with the consent of Plaintiff an extension of time until January 3, 2020 to answer Plaintiff's complaint (ECF No. 1). Defendants' answer is currently due on December 20, 2019, and Defendants have not previously requested an extension of time to answer the Complaint. The Plaintiff consents to this request. Defendants require the additional time to continue to consult with counsel regarding the Plaintiff's allegations, some of which concern matters dating back more than a decade. These consultations have been delayed due to holiday travel and business obligations of counsel and the personnel who possess the required information.

    The parties previously requested an adjournment of the Initial Pretrial Conference until January 7, 2020 (ECF No. 8), which was granted by the Court (ECF No. 9). This adjournment was necessary because the conference was originally scheduled to have taken place prior to the original due date for the answer of December 20, 2019. We understand that Your Honor's Individual Practices require that the Defendants also request an adjournment of the Initial Pretrial Conference to "a date at least 14 days after the answer would be due." Accordingly, Defendants respectfully request an adjournment of the Initial Pretrial Conference to a date on or after January 17, 2020 that is convenient for the Court. Plaintiff consents to this request but has informed us that they are not available on January 23rd and 24th. No other scheduled dates will be affected by the proposed extension.

    For the reasons explained above, Defendants respectfully request that the Court extend the date for Defendants to answer the complaint from December 20, 2019 until January 3, 2020

PG | PERRY GUHA LLP

SAMIDH GUHA
PHONE 212.399.8350
EMAIL sguha@perryguha.com

and adjourn the Initial Pretrial Conference from January 7, 2020 until a date on or after January 17, 2020.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

PERRY GUHA LLP


/s/ Samidh Guha
Samidh Guha
E. Danya Perry
35 East 62nd Street
New York, New York  10065
sguha@perryguha.com
dperry@perryguha.com
(212) 399-8350


PROSKAUER ROSE LLP


/s/ Harris M. Mufson
Bettina B. Plevan
Harris M. Mufson
11 Times Square
New York, New York  10036
bplevan@proskauer.com
hmufson@proskauer.com
(212) 969-3000

Attorneys for Defendants

35 East 62nd Street, New York, NY 10065
FAX 212.399.8331 | WEBSITE www.perryguha.com