UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
RISHI K. GUPTA,

19-cv-9284 (PKC)

-against-                                    ORDER

NEW SILK ROUTE ADVISORS, L.P.,
NEW SILK ROUTE PARTNERS, LTD.,
(the "Employer Defendants")

PARAG SAXENA, ("Saxena")

NEW SILK ROUTE PE ASSOCIATES,
L.P., NEW SILK ROUTE PE ASIA
FUND-A, L.P., NEW SILK ROUTE PE
ASIA FUND, L.P., NEW SILK ROUTE
HOLDINGS, LLC,
(the "Entity Control Defendants")

NEW SILK ROUTE MAURITIUS
ADVISORS, LLC, ARDUINO
HOLDINGS LIMITED, INGAIN
TRADERS LLC, SOUTH ASIA
GASTRONOMY ENTERPRISES, LLC,
ORISEN MEDTECH LIMITED, A H
HOLDINGS (BVI) LIMITED, and A H
HOLDINGS S.A.R.L.,
(the "Relief Defendants"),

Defendants.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

Plaintiff may file a Motion to Compel Discovery and/or Strike Affirmative

Defenses by December 22, 2020.  Defendants and third party TradingScreen Inc. may respond

by January 8, 2021.  Plaintiff's reply is due no later than January 15, 2021.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       December 8, 2020