# STERN TANNENBAUM & BELL

Stern Tannenbaum & Bell LLP
380 Lexington Avenue
New York, NY 10168
Phone 212.792.8484
Fax 212.792.8489
www.sterntannenbaum.com

AEGIS J. FRUMENTO
Direct Dial: 212.792.8979
afrumento@sterntannenbaum.com

January 3, 2023

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*[Handwritten annotation: Conference adjourned from January 4, 2023 to April 11, 2023 at 10:30 am. SO ORDERED. P. Kevin Castel, USDJ, 1-3-23]*

Re: **Gupta v. New Silk Route Advisors, L.P., et al., 19 Civ. 09284 (PKC)**

Dear Judge Castel:

We represent the Plaintiff in this Action, Mr. Rishi Gupta. This case is presently subject to the Case Management Plan and Scheduling Order [Doc. 25, 1/23/2020], as amended by subsequent Orders Endorsed [Doc. 36, 7/28/2020, Doc. 58, 1/24/2021, Doc. 77, 5/26/2021, Doc. 105, 1/6/2022, Doc. 107, 3/22/2022, Doc. 111, June 2, 2022, and Doc. 113, July 27, 2022] and Order entered [Doc. 101, 8/18/2021]. The next scheduled pretrial conference is <u>tomorrow, Wednesday, January 4, 2023, at 2:00 p.m. in the Courtroom</u>.

We write on behalf of all parties to request that tomorrow's conference be adjourned.

By our letter of July 26, 2022 [Doc. No. 112] we reported to the Court that the parties had agreed to arbitrate this case before Hon. Jose L. Linares, U.S.D.J. (Ret.). Your Honor then adjourned the last-scheduled pre-trial conference to allow time for the arbitration to take place [Doc. 113, July 27, 2022].

The parties held three days of in-person arbitration hearings and one remote hearing last month, and the record of evidence is now substantially closed. We are awaiting delivery of the transcripts of the hearings, and Judge Linares has instructed us to deliver proposed findings of fact, conclusions of law, and post-hearing briefs by a date to be determined but no later than five weeks after our receipt of the transcripts. Thereafter, Judge Linares intends to call the parties in for oral argument of the case before he renders a decision.

Accordingly, we will have nothing to report tomorrow beyond the status of the arbitration as described above. We therefore request, in the interest of saving time and expense, that

00107492.DOCX v

Hon. P. Kevin Castel, USDJ
January 3, 2023
Page 2

STERN
TANNENBAUM
& BELL

tomorrow's conference be further adjourned until after completion of the arbitration that is now in progress, with the expectation that this action will be closed by stipulation before then.

While we cannot predict exactly when the arbitration will be fully completed, based on the schedule described above we think ten weeks from today is a reasonable estimate.

Counsel for defendants have reviewed this letter and join in this request.

We thank the Court for its patience and attention to this matter, and we apologize for the short notice of this request.

Respectfully submitted,

Aegis J. Frumento

Rosalind Fink, Esq.

Cc: Samidh Guha, Esq.
Peter Gwynne, Esq.
Harris Mufson, Esq.

00107492.DOCX v