**STERN TANNENBAUM & BELL**

> Conference is adjourned from April 11, 2023 to June 27, 2023 at 3:00 p.m. in Courtroom 11D.
> SO ORDERED.
> Dated:  4/10/2023
>
> *P. Kevin Castel*
> P. Kevin Castel
> United States District Judge

Stern Tannenbaum & Bell LLP
380 Lexington Avenue
New York, NY 10168
Phone 212.792.8484
Fax 212.792.8489
www.sterntannenbaum.com

AEGIS J. FRUMENTO
Direct Dial: 212.792.8979
afrumento@sterntannenbaum.com

April 10, 2023

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: **Gupta v. New Silk Route Advisors, L.P., et al., 19 Civ. 09284 (PKC)**

Dear Judge Castel:

We represent the Plaintiff in this Action, Mr. Rishi Gupta. This case is presently subject to the Case Management Plan and Scheduling Order [Doc. 25, 1/23/2020], as amended by subsequent Orders, the most recent dated January 3, 2023 [Doc. 115]. The Court may recall from the prior Orders that the parties have agreed to arbitrate this matter before Judge Jose Linares (ret.). The next scheduled pretrial conference is <u>tomorrow, Tuesday, April 11, 2023, at 10:30 a.m. in the Courtroom</u>.  We write on behalf of all parties to request that tomorrow's conference be adjourned in anticipation of the pending and binding decision of the arbitrator.

As we previously reported, the parties completed the arbitration hearings in December 2022.  The parties recently submitted post-hearing submissions to the arbitrator.

We are now waiting for Judge Linares to schedule final oral arguments and then render a decision. If Plaintiff is successful, Judge Linares will then give us additional time to submit attorneys fee applications. If Defendants are successful, this matter will likely be concluded and Plaintiff will voluntarily seek dismissal of the operative complaint before Your Honor.

We will have nothing to report tomorrow beyond the status of the arbitration as described above. We therefore request that tomorrow's conference be further adjourned until the arbitration is completed. While we cannot predict exactly when that will be, we think ten weeks from today is a reasonable estimate for everything to be done. We will, of course, report to the Court once when all is done.

Counsel for defendants have reviewed this letter and join in this request.

00109291.DOCX v

Hon. P. Kevin Castel, USDJ
April 10, 2023
Page 2

STERN
TANNENBAUM
& BELL

    We thank the Court for its patience and attention to this matter, and we apologize for the short notice of this request.

Respectfully submitted,

Aegis J. Frumento

Rosalind Fink, Esq.

Cc: Samidh Guha, Esq.
       Peter Gwynne, Esq.
       Harris Mufson, Esq.

00109291.DOCX v