# STERN TANNENBAUM & BELL

Stern Tannenbaum & Bell LLP
380 Lexington Avenue
New York, NY 10168
Phone 212.792.8484
Fax 212.792.8489
www.sterntannenbaum.com

AEGIS J. FRUMENTO
Direct Dial: 212.792.8979
afrumento@sterntannenbaum.com

> Conference adjourned from June 27, 2023 to October 3, 2023 at 11:30 a.m.
> SO ORDERED.
> Dated: 6/23/2023
>
> *P. Kevin Castel*
> P. Kevin Castel
> United States District Judge

June 23, 2023

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    **Gupta v. New Silk Route Advisors, L.P., et al., 19 Civ. 09284 (PKC)**

Dear Judge Castel:

    We represent the Plaintiff in this Action, Mr. Rishi Gupta. This case is presently subject to the Case Management Plan and Scheduling Order [Doc. 25, 1/23/2020], as amended by subsequent Orders, the most recent dated April 10, 2023 [Doc. 117]. The Court may recall from the prior Orders that the parties have agreed to arbitrate this matter before Judge Jose Linares (ret.). The next scheduled pretrial conference is <u>Tuesday, June 27, 2023, at 3:00 p.m. in the Courtroom</u>. We write on behalf of all parties to request that next week's conference be adjourned in anticipation of the pending and binding decision of the arbitrator.

    As we previously reported, the parties completed the arbitration hearings in December 2022, and submitted post-hearing submissions in March 2023. Final oral arguments were held before Judge Linares on May 15, 2023.

    We are now waiting for Judge Linares to render a decision. If Plaintiff is successful, Judge Linares will then give us additional time to submit attorneys fee applications. If Defendants are successful, this matter will likely be concluded and Plaintiff will voluntarily seek dismissal of the operative complaint before Your Honor.

    We will have nothing to report beyond the status of the arbitration as described above. We therefore request that Tuesday's conference be further adjourned until the arbitration is completed. While we cannot predict exactly when that will be, we again think ten weeks from today is a reasonable estimate for everything to be done. We will, of course, report to the Court once when all is done.

    Counsel for defendants have reviewed this letter and join in this request.

00110659.DOCX v



Hon. P. Kevin Castel, USDJ  
June 23, 2023  
Page 2

    We thank the Court for its patience and attention to this matter, and we apologize for the short notice of this request.

Respectfully submitted,

Aegis J. Frumento

-and-

Rosalind Fink, Esq.

Cc: Samidh Guha, Esq.  
     Peter Gwynne, Esq.  
     Harris Mufson, Esq.

00110659.DOCX v