**STERN TANNENBAUM & BELL**

Stern Tannenbaum & Bell LLP
380 Lexington Avenue
New York, NY 10168
Phone 212.792.8484
Fax 212.792.8489
www.sterntannenbaum.com

AEGIS J. FRUMENTO
Direct Dial: 212.792.8979
afrumento@sterntannenbaum.com

> Conference is adjourned from October 3, 2023 to January 17, 2024 at 2:00 p.m. in Courtroom 11D. SO ORDERED.
> Dated: 10/2/2023
>
> *P. Kevin Castel*
> P. Kevin Castel
> United States District Judge

September 30, 2023

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   <u>Gupta v. New Silk Route Advisors, L.P., et al., 19 Civ. 09284 (PKC)</u>

Dear Judge Castel:

We represent the Plaintiff in this Action, Mr. Rishi Gupta. This case is presently subject to the Case Management Plan and Scheduling Order [Doc. 25, 1/23/2020], as amended by subsequent Orders, the most recent dated June 23, 2023 [Doc. 119]. The Court may recall from the prior Orders that the parties agreed to arbitrate this matter before Judge Jose Linares (ret.). The next scheduled pretrial conference is <u>Tuesday, October 3, 2023, at 11:30 a.m. in the Courtroom</u>. We write on behalf of all parties to request that next week's conference be adjourned in anticipation of the final pending and binding decisions of the arbitrator.

As we previously reported, the parties completed the arbitration hearings in December 2022, and submitted post-hearing submissions in March 2023. Final oral arguments were held before Judge Linares on May 15, 2023. Judge Linares issued a first decision on July 17.

The parties have additional submissions due to Judge Linares on November 22, 2023. We expect Judge Linares to issue a final decision in the subsequent 60 days.

We will have nothing to report beyond the status of the arbitration as described above. We therefore request that Tuesday's conference be further adjourned until the arbitration is fully completed. While we cannot predict exactly when that will be, we think mid-January is a reasonable estimate for everything to be done. We will, of course, report to the Court once when all is done.

Counsel for defendants have reviewed this letter and join in this request.

00112499.DOCX v



Hon. P. Kevin Castel, USDJ
September 30, 2023
Page 2

    We thank the Court for its patience and attention to this matter, and we apologize for the short notice of this request.

Respectfully submitted,

Aegis J. Frumento

-and-

Rosalind Fink, Esq.

Cc:   Samidh Guha, Esq.
        Adam Mitzner, Esq.
        Harris Mufson, Esq.